THE PEOPLE OF THE STATE OF NEW YORK v. MAX BRINKMAN.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

GEORGE G. MCCASKEY v. CUMBERLAND GLASS MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CONSTANTIN PETZALIS and Others v. BENJAMIN W. MORSE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of ELIZABETH HANCE, Deceased.— Order affirmed, with costs to respondent payable out of estate. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ROBERT E. J. CORCORAN, Respondent, v. HUBERT E. ROGERS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

COLUMBIA TRUST COMPANY, Respondent, v. SIERRA AND SAN FRANCISCO POWER COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOSEPH HYLAND, Respondent, v. ALICE HYLAND, Appellant.—Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MAX CASHRIEL, Respondent, v. PAUL HIRSCH, Appellant, Impleaded with HARRY L. WOLFF, Copartners, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FRANCISCO ABBATICCHIO, Appellant, v. MARIA ABBATICCHIO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ARCHIBALD CHARLES HEAPHY, Appellant, v. OTTO M. EIDLITZ and Another, Individually and Composing the Firm, etc., Respondents.— Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ADOLPH GENEROUS, Respondent, v. SHEPARD & MORSE LUMBER COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK A. LA ROCCA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.